UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

IGNACIO VALDIVIA VELEZ, JR.                                                          PETITIONER

V.                                                           CIVIL ACTION NO. 3:19-CV-478-DPJ-JCG

DAVID PAUL                                                                              DEFENDANT

ORDER

Petitioner Ignacio Valdivia Velez, Jr., a federal inmate incarcerated at the Federal Correctional Complex in Yazoo City, Mississippi, filed this habeas corpus petition under 28 U.S.C. § 2241 on July 5, 2019.  Relying on *Rehaif v. United States*, 139 S. Ct. 2191 (2019), Velez challenges his April 27, 2016 conviction of being a felon in possession of a firearm.  On September 28, 2020, United States Magistrate Judge John C. Gargiulo entered a Report and Recommendation (R&R) [19] recommending dismissal of the petition for lack of jurisdiction.  Velez failed to file an objection to the R&R, and the time to do so has now passed.

The Court, having reviewed the unopposed R&R, adopts the R&R as its opinion.  The petition is dismissed for lack of jurisdiction.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 19th day of October, 2020.

                                                              s/ *Daniel P. Jordan III*
                                                              CHIEF UNITED STATES DISTRICT JUDGE